

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Security Service Federal Credit Union, | § | No. 08-19-00154-CV |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| Michelle Rodriguez, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV3979) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **January 23, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before January 23, 2020.

IT IS SO ORDERED this 30th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.